IN THE UNITED STATES DISTRICT COURT FOR
THE __EASTERN__ DISTRICT OF TENNESSEE
AT __KNOXVILLE__

**FILED**
JUL 0 2 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

__Frederick Matthews__ )
__#561002__ )
_____, )
PLAINTIFF, )
)
VS. )   CIVIL ACTION NO. __3:24cv290__
__Jessica Russell__ )   __Crytzer/McCook__
_____, )
_____, )
_____, )
_____, )
_____, )
DEFENDANT (S) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
42 U.S.C. § 1983

I. Previous Lawsuits :

A. Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment ?
YES___ NO _✓_

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiffs: __N/A__
Defendants: __N/A__

2. Court (if Federal Court, name the District; if State Court Name the County): __N/A__

1

3. Docket Number: N/A

4. Name of Judge whom case was assigned: N/A

5. Disposition (for example; Was the case dismissed? Was it Appealed? Is it still pending?) N/A

6. Approximate date of filling lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: (MCCX) P.O Box #2000 Wartburg, Tennessee. 37887

A. Is there a prisoner grievance procedure in this Institution? YES ✓ NO___

B. Did you present the facts relating to your complaint in the Prison Grievance Procedure? YES ✓ NO___

C. If your answer is YES:
1. What steps did you take? I wrote the grievance and exhausted the remedies all the way to commisioner.

2. What was the result? The officer was told not to conduct in a unproffesional manner, by the unit manager, and was moved from unit. And appeal was denied by the commisioner.

D. If your answer is NO, explain why not: N/A

III. Parties:

(In item A place your full name and address. Do the same for additional plaintiffs, if any. In item B below, place the full name of the Defendant in the blank marked B and his Official Position and place of Employment. Do the same for additional Defendants, if any).

A. Name of Plaintiff: Frederick Matthews
Address: (MCCX) P.O Box #2000 Wartburg, Tennessee. 37887
Additional Plaintiffs:

2

B. Name of Defendant: Jessica Russell - (Correctional Officer)
Address: (MCCX) P.O Box #2000 Wartburg
Tennessee. 37887 — (Individual Capacity)
Additional Defendants:

IV. Statement of Claim:

State here as briefly as possible the **facts** of your case. Describe how each Defendant is involved. Include also the names of other persons involved, date, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

On January 26, 2024 (Defendent) Jessica Russell was assigned to work in 26-Bravo pod at 7:45 pm which houses high security mental ill inmates. Plaintiff was housed in 26-Bravo pod cell 207. (Defendent) Jessica Russell was walking around the pod and plaintiff asked (Defendent) Jessica Russell "can I use the telephone to call my family?" Defendent replied back to plaintiff that "you can not use the phone because you was materbating in your cell. Plaintiff then told (defendent) Jessica Russell that "he was going to file a false sexual allegation report to PREA and also write a grievance!" Plaintiff also told (defendent) Jessica Russell that "I havent had any sexual misconduct write-ups since I have been housed at facility! So quit lying on me." (Defendent) Jessica Russell then yelled loud and screamed that "since your going to write a grievance and file a PREA!" "I am going to write you up a disciplinary report for indicent exposure, and they are going to believe me because I am an officer! And they will not believe a retarded mental health inmate over an officer!" (Defendent) repeatdly screamed and yelled at plaintiff that "I am going to

3

IV. Statement of Claim:

State here as briefly as possible the **facts** of your case. Describe how each Defendant is involved. Include also the names of other persons involved, date, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

write you up for no reason at all!" and they are going to believe me because I am an officer!" (Defendent) Jessica Russell then stated that (Plaintiff) "will be a sex offender in court, "get found guilty no matter what," because this is morgan county!" After (Defendent) stating that (plaintiff) will get found guilty no matter what!" Defendent then exited the pod.

A few days later on January 29, 2024 plaintiff was issued a disciplinary report from (Defendent) Jessica Russell for indicent exposure falsely claiming and accusing that she witnessed (plaintiff) masterbating in the cell. (Plaintiff) also had an disciplinary hearing and was found guilty of the false accusation of indicent exposure. Plaintiff was punished by disciplinary board with a 5$ fine, 30 days punitive, 3 months visitation loss, and 6 months good time credits taken. And also Plaintiff is being possibly charged and criminally convicted of the false accusation of indicent exposure that (Defendent) Jessica Russell accused, by the State of Tennessee.

Plaintiff wrote a grievance Complaint and also has several inmates that witnessed this happen with written sworn declarations.

(Injuries:) Plaintiff is diagnosed with major depressive disorder, intermittent explosive disorder, anxiety, audio and visual hallucinations with psychotic features.

(1) Due to (defendent) Jessica Russell false claims, plaintiff has committed self harm by cutting arms, has tried to commit suicide by overdosing on medication pills and having to go to hospital, and plaintiff is continuing to have emotional distress, and worries with sleepless nights because of getting charged by the State of TENNESSEE for indicent exposure that Defendent Jessica Russell falsely accused plaintiff did.

(2) Plaintiff also has paranoid thoughts and believes that all government officals and law inforcement are "out to get" and "harm his well-being" for the rest of life, due to (defendent) Jessica Russell, it will be difficult to adjust again.

(3) Plaintiff is also having severe depression and emotional distress due to the financial struggle with attorney

5

― Legal Claims:

(1) Plaintiff is suing (defendant) Jessica Russell under 42 U.S.C §§ 12101-12213 Americans with Disabilities Act violation. ADA Lawsuit.

(2) Plaintiff is also suing (defendant) Jessica Russell under Tort claims for "Intentional Infliction of Emotional Distress" under state law, FTCA.

(3) Defendent Jessica Russell acted under "color of state law," and violation under Eighth Amendment for "cruel and unusual punishment" with abuse of authority.

― Verification: ―

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to the matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Wartburg, TN, on June 26, 2024.

*Fred. Matthews* #501002
Frederick Matthews #501002

V. Relief: Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff:

1. (In individual capacity) Plaintiff wants (defendant) Jessica Russell to pay $30,000 dollars in compensatory damages. Ordered by the courts.

2. (In individual capacity) Plaintiff wants (defendant) Jessica Russell to pay $30,000 dollars in punitive damages. Ordered by the courts.

3. Plaintiff wants a jury trial about complaint.

4. Plaintiff wants courts to order (defendant) Jessica Russell to pay for costs of this suit.

5. Any additional relief this court deems just, proper, and equitable.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this 26th day of June, 2024.

*[signature]*
P.O Box #2000
Wartburg, TN. 37887

(Signature and address of Plaintiff(s))

4